BESS M. BREWER, #100364
LAW OFFICE OF BESS M. BREWER
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 385-7517

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER COLOMA<br>xxx-xx-6317<br><br>       Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SSA<br><br>       Defendant. | Case No.  17-310 CMK<br><br>**ORDER EXTENDING<br>PLAINTIFF'S TIME TO FILE<br>SUMMARY JUDGEMENT MOTION** |

**PROPOSED ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED that Plaintiff's time to file her summary judgment motion is hereby extended to October 27, 2017.

Dated: October 3, 2017

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

1