BESS M. BREWER, #100364
LAW OFFICE OF BESS M. BREWER
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 385-7517

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHRISTOPHER COLOMA<br>xxx-xx-6317 | ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 17-310 CMK<br><br>**ORDER EXTENDING<br>PLAINTIFF'S TIME TO FILE<br>SUMMARY JUDGEMENT MOTION** |
| **Plaintiff,** | | |
| v. | | |
| COMMISSIONER OF SSA | | |
| **Defendant.** | | |

**PROPOSED ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED that Plaintiff's time to file a summary judgment motion is hereby extended to December 1, 2017, with Defendant's response due January 8, 2018.

Dated: November 21, 2017

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

1