# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER COLOMA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | No. 2:17-CV-0310-DMC<br><br><br><br>ORDER |

　　　　Plaintiff, who is proceeding with retained counsel, brought this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). Final judgment was entered on November 2, 2018. Pending before the court is the parties' stipulation for an award of attorney's fees under the Equal Access to Justice Act (EAJA) (Doc. 25). Good cause appearing therefor, plaintiff is awarded attorney's fees under the EAJA in the amount of $4,800.00 payable pursuant to the terms of the parties' stipulation.

　　　　IT IS SO ORDERED.

Dated: January 11, 2019

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　DENNIS M. COTA
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1